Form ntcfmcccd1

# UNITED STATES BANKRUPTCY COURT
Southern District of Alabama

In Re: Stephen B. Simmons and Angelina M. Simmons  
Debtor(s)

Case No.: 06–11748

**NOTICE OF FINANCIAL MANAGEMENT COURSE COMPLETION CERTIFICATE AND DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBILIGATIONS AND SECTION 522(q) DUE**

Financial Management Course Completion Certificate and Chapter 13 Debtor's Certifications Regarding Domestic Support Obiligations and Section 522(q) (Form LBF283) are due. This case will be closed without Discharge if the certification is not filed by the following date: 4/21/2010

Dated: 4/1/10

LEONARD N. MALDONADO, Clerk  
U. S. Bankruptcy Court

CM  
Deputy Clerk Initials