# United States Bankruptcy Court
## Southern District of Alabama

In re: Angelina M. Simmons  Case No. 06-11748

**MOTION FOR DISCHARGE FOR CHAPTER 12 AND 13 CASES UNDER 11 U.S.C. 1228 AND 1328 AND DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

PURSUANT TO LOCAL RULE, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 20 DAYS OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND FILED ELECTRONICALLY OR BY U.S. MAIL ADDRESSED TO CLERK, U.S. BANKRUPTCY COURT, 201 ST. LOUIS STREET, MOBILE, ALABAMA 36602

The Debtor in the above captioned matter certifies as follows:

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Sections 1228(a) or 1328(a), I certify that:

[✓] I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

[ ] I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 12 or 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below:*

My current address: _____

My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Sections 1228(f) or 1328(h), I certify that:

[✓] I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependant of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $136,875* in value in the aggregate.

[ ] I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $136,875* in value in the aggregate.

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**Part IV. Debtor's Signature**

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  April 27, 2010                                  _Angelina Simmons_
                  Date                                                                      Debtor

# CERTIFICATE OF NOTICE

```
District/off: 1128-1           User: mack                 Page 1 of 2              Date Rcvd: May 07, 2010
Case: 06-11748                 Form ID: pdf1              Total Noticed: 60


The following entities were noticed by first class mail on May 09, 2010.
db/jdb      +Stephen B. Simmons, Sr.,   Angelina M. Simmons,   9550-A Cleburne Road,
             Chunchula, AL 36521-3656
1563050     +ALLTEL COMMUNICATIONS,    1 ALLIED DRIVE B5F03,   LITTLE ROCK, AR 72202-2099
1548871      Alltel,   Building 4, Fifth Floor One Allied Drive,    Little Rock, AR 72202
1548872      Aramark Uniform Company,    115 N 1st St,   Burbank, CA 91502-1856
1548878    ++CENTRAL CREDIT SOLUTIONS LLC,    PO BOX 161504,   MOBILE AL 36616-2504
             (address filed with court: Central Credit Solutions,    Re: Coastal Anesthesia, P.C.,
             4362 Midmost Drive Ste A,    Mobile, AL 36609)
1548875      Capital One Bank,   PO Box 85642,   Richmond, VA 23285-5642
1558370     +Capital One Bank,   C/O Tsys Debt Management,   PO Box 5155,   Norcross, GA 30091-5155
1548876     +Capital Recovery Service, LLC,   Re: Compass Bank,   P.O. Box 1170,   Fairfax, VA 22038-1170
1548877     +CarQuest,   3107 Spring Hill Ave,   Mobile, AL 36607-1888
1548879      Cingular Wireless,   2612 N Roan St,   Johnson City, TN 37601-1708
1548880     +Citimortgage, Inc.,   P.O. Box 9442,   Gaithersburg, MD 20898-9442
1548881      Coastal Anesthesia, P.C.,   PO Box 851417,   Mobile, AL 36685-1417
1548882      Compass Bank Processing Center,   P.O. Box 10566,   Birmingham, AL 35296-0002
1548885      Deborah D. McGowin,   Attorney At Law,   PO Box 844,   Mobile, AL 36601-0844
1548886      Direc Management, Inc.,   Re: Springhill Emergency,   4320 Downtowner Loop S Ste A,
             Mobile, AL 36609-5410
1548887      Dish Network,   1000 Hillcrest Rd,   Mobile, AL 36695-3994
1548888      Dish Network,   PO Box 9033,   Littleton, CO 80160-9033
1548889     +Empire Solutions, Inc.,   Re: Compass Bank Visa,   1335 Canton Road,   Marietta, GA 30066-6053
1548890      Farni Dental,   1064 Industrial Pkwy,   Saraland, AL 36571-3720
1548891      Farni Dental,   203 Highway 43 N,   Saraland, AL 36571-2126
1548892      Financial Asset Management,   Re: Compass Bank,   PO Box 926050,   Norcross, GA 30010-6050
1548893     +Leasecomm,   950 Winter Street,   Waltham, MA 02451-1424
1557201      MARILYN E WOOD REVENUE COMMISSIONER,    P O DRAWER 1169,   MOBILE, AL 36633-1169
1548896     +MBNA America,   P.O. Box 17054,   Wilmington, DE 19884-0001
1548897      McRae's,   PO Box 960012,   Orlando, FL 32896-0012
1548898      McRae's,   PO Box 10327,   Jackson, MS 39289-0327
1584019     +Merchants Adjustment Service,   PO Box 7511,   Mobile, AL 36670-0511
1548899      Midland Credit Management,   8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
1548900     +Mobile Gas Service Corporation,   2828 Dauphin Street,   Mobile, AL 36606-2493
1548901     +Mobile Mental Health,   500 Hazelmier Rd,   Mount Vernon, AL 36560-3302
1548902     +Mobile Mental Health,   630 Zeigler Circle,   Mobile, AL 36608-4828
1548903     +Mobile Register,   401 N Water St,   Mobile, AL 36602-4047
1548904      Mobile Urology,   101 Memorial Hospital Dr,   Mobile, AL 36608-1786
1552224      Mobile Urology Group c/o DiRecManagement, Inc.,    P.O. Box 16243  Mobile, AL  36616
1548905      Ms. India A. Ramey, Esq.,   Re: Leasecomm Corporation,   P.O. Box 12005,
             Birmingham, AL 35202-2005
1548907      NCO Financial Service,   5441 Highway 90 W,   Mobile, AL 36619-1909
1548906      Navigator Credit Union,   P.O. Box 1647,   Pascagoula, MS 39568-1647
1548908      Pioneer Telephone Directories,   106 Parkwest Cir,   Dothan, AL 36303-2947
1548909      Premier Medical Management,   3701 Dauphin St,   Mobile, AL 36608-1756
1548910      Receivables Management Solutions,   Re: ECast/MBNA,   260 Wentworth Ave E,
             Saint Paul, MN 55118-3525
1548911      Retail Recovery Service Of N.J., Inc.,   Re: McRae's,   190 Moore St Ste 300,
             Hackensack, NJ 07601-7418
1548912      Riddle & Associates, P.C.,   Re: NCO/Capital One,   PO Box 1187,   Sandy, UT 84091-1187
1548913      Seton Medical Management,   6701 Airport Blvd,   Mobile, AL 36608-6705
1548914      Springhill Diagnostic,   PO Box 7525,   Mobile, AL 36670-0525
1548915      Springhill Emergency Medicine,   32 Tacon St,   Mobile, AL 36607-3138
1548916      Springhill Memorial,   PO Box 8246,   Mobile, AL 36689-0246
1548918      Superior Asset Management,   Re: Alltel,   PO Box 4339,   Fort Walton Beach, FL 32549-4339
1548919     +Union Planters National Bank,   7130 Goodlett Farms Parkway,   Cordova, TN 38016-4991
1548920      Young H. Kim,   C/O John M. Lassiter, Jr.,   PO Box 161255,   Mobile, AL 36616-2255
1573850      eCAST Settlement Corporation assignee of,   GE Money Bank/Lowes Consumer,   POB 35480,
             Newark NJ 07193-5480
1559334      eCAST Settlement Corporation assignee of,   MBNA America Bank NA,   POB 35480,
             Newark NJ 07193-5480

The following entities were noticed by electronic transmission on May 07, 2010.
1548873      E-mail/Text: bankruptcy@arserv.com                              Armstrong & Associates,
             Re: University Of South Alabama,   PO Box 1787,   Mobile, AL 36633-1787
1548874     +E-mail/Text: notices@bafmobile.com                              Barry Friedman, Esq.,
             Re: Mobile Gas Service Corporation,   P.O. Box 2394,   Mobile, AL 36652-2394
1548883      Fax: 205-297-6863 May 08 2010 01:15:41      Compass Bank Visa,   P.O. Box 2210,
             Decatur, AL 35699
1548884      Fax: 205-297-6863 May 08 2010 01:15:41      Compass Bank-Alabama,   P.O. Box 10566,
             Birmingham, AL 35296-0002
1548894     +E-mail/PDF: gecsedi@recoverycorp.com May 08 2010 00:22:27      Lowes,   P.O. Box 981064,
             El Paso, TX 79998-1064
1548895      E-mail/Text: resurgentbknotifications@resurgent.com                              Lvnv Funding, L.L.C.,
             P.O. Box 10584,   Greenville, SC 29603-0584
1658642      E-mail/PDF: rmscedi@recoverycorp.com May 08 2010 00:22:33      Recovery Management Systems Corp.,
             25 S. E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
1563372     +E-mail/Text: Bankruptcy.Dept.MGM@Regions.com                              Regions Bank,
             Post Office Box 1448,   Montgomery, AL 36102-1448
1548917     +E-mail/Text: bankruptcy@revenue.alabama.gov
             State Of Alabama Dept. Of Revenue,   Legal Division,   P.O. Box 320001,
             Montgomery, AL 36130-0001
                                                                                              TOTAL: 9
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                             TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 09, 2010**                    **Signature:**     _Joseph Speetjens_